# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Bank of NY Mellon )
Plaintiff )
)
v. )
)
TAMARA LYNN BRAZIEL )
~~Defendant~~ )
)
AMERICAN STATE NATIONAL

1:25-cv-03785
Judge Elaine E. Bucklo
Magistrate Judge Laura K. McNally
Random/.Cat. 4

RECEIVED
APR 08 2025 BI
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Notice of Removal

TO

Federal Court

State Court Case Number: 2013 CH 2089

autograph tamara-lynn; bra

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Surety. Subrogee do hereby subrogate and substitute to the above referenced Accounts' Creditors concerning all transactions ab initio of the principal Debtors.

Now as a matter of course, you are CHARGED with the obligation to reimburse me as the contributing heir and subrogee.

Subrogee now ORDERS the **DEBTOR**-Subrogor-Co Sureties who are occupying office of clerk of courts along with the man/woman occupying the office of _____DEFENDANT/ PLAINTIFF\_\_\_\_ and the man/woman occupying the office of judge in this court transaction, to discharge and extinguish the liens, levies, seizures and obligations against **ORIGINAL CREDITOR** and Subrogee, and restore to Subrogee Creditors' secured interests, any/all Subrogees' collateral, payments, rents, interest and securities of Accounts of principal **ORIGINAL CREDITOR** and defendant (**YOUR NAME**)
_____

*Take Notice.* If this court chooses to ignore these facts or commit acts of repudiation as the trustee, then I shall be required to defer to the Appellate forum or the Supreme Court original jurisdiction in a high prerogative writ of QUO WARRANTO to wit I shall have no other option but to name your honor and this forum as Defendants in the Writ sought to dissolve the charter for the de facto activity thats constitutes your breach of trust and you should know the burden of proof of de jure authority lies against you.

**NOTICE TO JUDICIARY: SUI JURIS PERJURY APPLIES UNDER 18 USC 1746 UCC 1-308/UCC 1-306.1/UCC 3-402 (b)(1). SELF NOTARIZATION BY STAMP OF THUMBPRINT PROOF OF LIFE. POSTAL RULE/STAMP DUTY ACT APPLIES AUTOGRAPHED BY:to foreclosure**



# JUDICIAL NOTICE FOR SUBROGATION AND RECISSION OF ALL POWERS OF ATTORNEY

It has been well settled beyond controversy under the power to borrow money on the credit of the United States 31 USC 3123, and to issue circulating notes for the money borrowed; when congress borrowed "We The People's" private credit it created a **SOVEREIGN** redemption and subrogation right in "We The People" and a breach of trust in the subrogors and mortgagees when they violate "We The People's" right to redeem the collateral they borrowed from the **ORIGINAL CREDITOR.**

Jesus Christ, the advocate and counselor along with myself, the contributing heir and implied surety for **Tamara Lynn Braziel.** a decedent's legal estate and principal-debtor in this court transaction, (*doctrine of idem sonans has been terminated*) are using the right of visitation to exercise the ministerial powers to be heard on this matter. i am responding to this petition for my own protection as the contributing heir and implied surety. Equitable Subrogation is forward looking rooted in the equity maxim... "equity regards done what ought to be done." Equitable subrogation is not founded upon contract, but is the creation of equity, and is enforced solely for accomplishing the end of substantial justice. It is the mode by which equity adopts to compel the ultimate payment of a debt by one who, in justice and good conscience, ought to pay

As soon as a surety pays the debt of his principal he has a right of action to recover of the principal the amount paid, whether he gets possession or not of the bill, bond, or note evidencing such debt.

Now coming as subrogee, hereby solemnly certify and declare that due to liability and compulsion to pay on behalf of a **DEBTOR**, and to protect the good name from fraudulent concealment. duress, mistake, implication, and/or compulsion I now intervene as non-technical implied surety and contributing heir on behalf of **Tamara** Lynn Braziel **ORIGINAL CREDITOR** a decedent's legal estate and principal **ORIGINAL CREDITOR** in this court transaction, and to protect against the unjust enrichment to the **DEBTOR**-Subrogor-Co Surety occupying the office of clerk of courts, along with the man/woman occupying the office of _____DEFENDANT / PLAINTIFF_____and the man/woman occupying the office of judge. I, Subrogee, do hereby invoke my equitable right to subrogation and substitution to the rights of all Creditor-Subrogor-Co

After Recording Return to:
Lloyd Family Trust by God as
GRANTOR PRIVATE Common
Law Declaration and Deed of
Trust and CORPORATION SOLE

c/o 22460 Lakeshore Dr
Richton Park Illinois [60471]

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

## Quit Claim Deed

This QUITCLAIM deed, executed this ___7___ day of _____April_____, 2025, by the Grantor TAMARA LYNN BRAZIEL all caps, whose mailing address is 22460 Lakeshore Dr Richton Park IL. 60471 to the Grantee, Lloyd Family Trust by GOD AS GRANTOR THRU TAMARA LYNN BRAZIEL Common Law Declaration and Deed of Trust and CORPORATION SOLE whose mailing address is 22460 Lakeshore Dr 60471

WITNESSETH, That the said Grantor for good consideration and for the sum of $ _10.00_ paid, by the said Grantee, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the said Grantee forever unless otherwise changed by settlor or grantor, all the right, title, interest and claim which the said Grantor has in and to the following described parcel of land, and improvements and appurtenances thereto in the County of Prince George, Maryland to wit:

Parcel 1:

Being known and designated as lot numbered 14 in Burnside's Lakewood Estates in the subdivision of the North 33 Feet of the East ½ of the Southeast ¼ and part of the East ½ of the Southeast ¼ and part of East ½ of the Northeast ¼ Section known 33, Township 35 North, Range 13 East of the third principal meridan in Cook County Illinois.

Parcel 2:

Being known and designated as lot numbered 14-A in Burnside's Lakewood Manor Unit No. 12, a Subdivision of part of the North East Quarter Section 33, Township 35 North, Range 13 East of the Third principal meridian.

IN WITNESS WHEREOF, The said Grantee has signed and sealed these presents the day and year first above written.

## PERJURY APPLIES UNDER UCC 1-308/UCC 1-306.1/UCC 3-402 (b)(1). SELF NOTARIZATION STAMP OF THUMBPRINT PROOF OF LIFE. POSTAL RULE/STAMP DUTY ACT APPLIES

Autograph/Signed, sealed by:

Grantor: braziel;lynn-tamara/AGENT/Authorized Representative,

Grantee : Lloyd Family Trust by God as
GRANTOR PRIVATE Common
Law

**ACKNOWLEDGEMENT**

State : ILLINOIS